IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHAWN LEE JACKSON,

    Petitioner,                    No. CIV S-07-2432 MCE EFB P

    vs.

JAMES WALKER,

    Respondent.              <u>ORDER</u>

                                /

Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254.

Petitioner challenges a conviction in the Fresno County Superior Court. Therefore, this action should have been commenced in the district court sitting in Fresno. Local Rule 3-120(d).

Accordingly, it is hereby ordered that:

1. This action is transferred to the district court sitting in Fresno. *See* Local Rule 3-120(f).

2. The Clerk of Court shall assign a new case number;

/////

/////

/////

1

1  3. All future filings shall bear the new case number and shall be filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

DATED: January 10, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2