UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN LEE JACKSON, ) | 1:08-CV-00049 LJO SMS HC |
| ) | |
| Petitioner, ) | ORDER SETTING BRIEFING SCHEDULE |
| ) | |
| ) | ORDER DIRECTING RESPONDENT TO |
| v. ) | SUBMIT NOTICE OF APPEARANCE AND |
| ) | CONSENT/DECLINE FORM |
| ) | |
| JAMES WALKER, Warden, ) | ORDER DIRECTING CLERK OF COURT TO |
| ) | SERVE DOCUMENTS ON ATTORNEY |
| Respondent. ) | GENERAL |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

The Court has conducted a preliminary review of the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases. It appears the petition may violate the one-year statute of limitations set forth in 28 U.S.C. § 2244(d)(1). Accordingly, the Court HEREBY ORDERS:

1. Respondent IS DIRECTED to brief the issue of the statute of limitations within **SIXTY (60)** days of the date of service of this Order.

2. Petitioner MAY FILE a responsive brief within **THIRTY (30)** days from the date

1     Respondent's Brief is filed with the Court.

2     3.   Respondent SHALL SUBMIT a Notice of Appearance as attorney of record with his

3         Brief for purposes of service of court orders.  <u>See</u> Local Rule 83-182(a), 5-135(c).

4     4.   Respondent SHALL COMPLETE and RETURN to the Court along with the Brief a

5         Consent form indicating whether Respondent consents or declines to the jurisdiction of a

6         the United States Magistrate Judge pursuant to Title 28 U.S.C. § 636(c)(1).

7     The Clerk of the Court IS DIRECTED to SERVE a copy of this Order and the Petition on the

8 Attorney General or his representative.[1]

9     All motions shall be submitted on the record and briefs filed without oral argument unless

10 otherwise ordered by the Court.  Local Rule 78-230(h).  All provisions of Local Rule 11-110 are

11 applicable to this order.

12 IT IS SO ORDERED.

13 **Dated:**   **June 23, 2008**           **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] If, however, the Petition was filed on January 3, 2005, or thereafter, the Clerk of the Court need not serve a copy of the Petition on the Attorney General or his representative. A scanned copy of the Petition is available in the Court's electronic case filing system ("CM/ECF").