UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN LEE JACKSON, ) | 1:08-CV-00049 SMS HC |
| ) | |
| Petitioner, ) | |
| ) | ORDER GRANTING REQUEST FOR |
| v. ) | EXTENSION OF TIME |
| ) | |
| JAMES WALKER, Warden, ) | [Doc. #18] |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 18, 2008, Petitioner filed a first request for an extension of time in which to file an opposition to Respondent's motion to dismiss.  Accordingly, good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, Petitioner is GRANTED an extension of time of thirty (30) days from the date of service of this Order to file an opposition.

IT IS SO ORDERED.

**Dated:     October 17, 2008**              /s/ Sandra M. Snyder
                                                        UNITED STATES MAGISTRATE JUDGE